# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0141.  TRACY EDWARD JOHNSON v. THE STATE.**

Tracy Edward Johnson, who pleaded guilty to multiple charges of violating a family violence protective order, filed pro se motions to vacate a void sentence and for out-of-time appeal.  The trial court denied the motions on September 5, 2018.  On October 15, 2018, Johnson submitted to this Court a filing which has been docketed as an application for discretionary appeal.  In the filing, Johnson appears to seek appellate review of the September 5 order.  We, however, lack jurisdiction to review that order.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Johnson filed his application 40 days after the trial court's order was entered.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  11/14/2018
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.